**LEVITT & SLAFKES, P.C.**
**515 Valley Street – Suite 140**
**Maplewood, New Jersey 07040**
**Ph: (973) 313-1200**
**Email: blevitt@lsbankruptcylaw.com**
ATTORNEYS FOR DEBTORS
BY: Bruce H. Levitt, Esq. (BL9302)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : |
| | : **CHAPTER 13** |
| | : |
| **FRANCESCO AMBROSIO and** | : Case No.: 16-13734 |
| **ELISE AMBROSIO** | : |
| | : **OPPOSITION TO CERTIFICATION** |
| | : **OF DEFAULT** |
| Debtor. | : |

Debtors Francesco Ambrosio and Elise Ambrosio, by and through counsel, Levitt & Slafkes, say as follows:

1. The Trustee has filed a Certification of Default due to the Debtors' failure to modify their mortgage.

2. The mortgage has been modified. An application to approve that modification is being filed with the court.

           LEVITT & SLAFKES, P.C.
           Attorneys for Debtors


          By: <u>Bruce H. Levitt</u>
            Bruce H. Levitt

Dated: February 15, 2017