Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−13734−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Francesco Ambrosio
aka Frank Ambrosio
124 Bridge Street
Roselle Park, NJ 07204

Elise Ambrosio
124 Bridge Street
Roselle Park, NJ 07204

Social Security No.:
xxx−xx−2260

xxx−xx−4866

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/15/17 at 09:00 AM

to consider and act upon the following:

*33* – Opposition to Certification of Default in Opposition to (related document:31 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/7/2017. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Bruce H Levitt on behalf of Elise Ambrosio, Francesco Ambrosio. (Levitt, Bruce)

Dated: 2/16/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court