LEVITT & SLAFKES, P.C.
515 Valley Street - Suite 140
Maplewood, New Jersey 07040
Ph: (973) 313-1200
Email: blevitt@lsbankruptcylaw.com
ATTORNEYS FOR DEBTORS
BY: Bruce H. Levitt, Esq. (BL9302)

FILED
JEANNE A. NAUGHTON, CLERK
APR 13 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | : | |
| --- | --- | --- |
|  | : | CHAPTER 13 |
|  | : | |
| FRANCESCO AMBROSIO and | : | Case No.: 16-13734 |
| ELISE AMBROSIO | : | |
|  | : | |
| Debtors. | : | |

ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following page is Ordered.

_____
USBJ

4-13-17

Upon the Application of the Debtor to Approve Loan Modification, it is Ordered as follows:

1. The loan modification between the Debtor and PNC Bank, National Association as attached to the moving application be and hereby is approved.

2. If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within ninety (90) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

3. If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within ninety (90) days of the date of this Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

4. Debtor shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.