LEVITT & SLAFKES, P.C.
515 Valley Street - Suite 140
Maplewood, New Jersey 07040
Ph: (973) 313-1200
Email: blevitt@lsbankruptcylaw.com
ATTORNEYS FOR DEBTORS
BY: Bruce H. Levitt, Esq. (BL9302)

**FILED**
JEANNE A. NAUGHTON, CLERK

APR 13 2017

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                  :
                                        : CHAPTER 13
                                        :
FRANCESCO AMBROSIO and                  : Case No.: 16-13734
  ELISE AMBROSIO                        :
                                        :
        Debtors.                        :
_____ :

ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following page is Ordered.

4-13-17      _____
             USBJ

Upon the Application of the Debtor to Approve Loan Modification, it is Ordered as follows:

1. The loan modification between the Debtor and PNC Bank, National Association as attached to the moving application be and hereby is approved.

2. If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within ninety (90) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

3. If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within ninety (90) days of the date of this Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

4. Debtor shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Francesco Ambrosio  
Elise Ambrosio  
    Debtors

Case No. 16-13734-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 13, 2017  
                       Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2017.  
db/jdb     +Francesco Ambrosio, Elise Ambrosio, 124 Bridge Street, Roselle Park, NJ 07204-1418  
aty     +Vincent Jesuele, Kessler, DiGiovanni & Jesuele LLP, 773 Central Avenue, PO Box 2429, Westfield, NJ 07091-2429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                         Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2017 at the address(es) listed below:  
     Bruce H Levitt    on behalf of Joint Debtor Elise Ambrosio blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com  
     Bruce H Levitt    on behalf of Debtor Francesco Ambrosio blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com  
     Denise E. Carlon    on behalf of Creditor PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Marie-Ann Greenberg    magecf@magtrustee.com  
                                                            TOTAL: 4