Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 16−13734−RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Francesco Ambrosio                                   Elise Ambrosio
   aka Frank Ambrosio                                 124 Bridge Street
   124 Bridge Street                                       Roselle Park, NJ 07204
   Roselle Park, NJ 07204

Social Security No.:
   xxx−xx−2260                                              xxx−xx−4866

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/21/17 at 09:00 AM

to consider and act upon the following:

*42* − Document re: Opposition to Certification of Default (related document:40 Certification of Default of Standing Trustee filed by Trustee Marie−Ann Greenberg) filed by Bruce H Levitt on behalf of Elise Ambrosio, Francesco Ambrosio. (Levitt, Bruce)

Dated: 5/10/17

                                                                      Jeanne Naughton
                                                                      Clerk, U.S. Bankruptcy Court