Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 16–13734–RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Francesco Ambrosio | Elise Ambrosio |
| aka Frank Ambrosio | 124 Bridge Street |
| 124 Bridge Street | Roselle Park, NJ 07204 |
| Roselle Park, NJ 07204 | |

Social Security No.:
  xxx–xx–2260                                         xxx–xx–4866

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/19/17 at 09:00 AM

to consider and act upon the following:

**47** – Opposition to Certification of Default (related document:46 Certification of Default of Standing Trustee filed by Trustee Marie–Ann Greenberg) filed by Bruce H Levitt on behalf of Elise Ambrosio, Francesco Ambrosio. (Levitt, Bruce) Modified Event on 6/13/2017 (lc).

Dated: 6/13/17

                                                                   Jeanne Naughton
                                                                   Clerk, U.S. Bankruptcy Court