Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 16−13734−RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Francesco Ambrosio
aka Frank Ambrosio
124 Bridge Street
Roselle Park, NJ 07204

Elise Ambrosio
124 Bridge Street
Roselle Park, NJ 07204

Social Security No.:
  xxx−xx−2260                         xxx−xx−4866

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/19/17 at 09:00 AM

to consider and act upon the following:

**47** − Opposition to Certification of Default (related document:46 Certification of Default of Standing Trustee filed by Trustee Marie−Ann Greenberg) filed by Bruce H Levitt on behalf of Elise Ambrosio, Francesco Ambrosio. (Levitt, Bruce) Modified Event on 6/13/2017 (lc).

Dated: 6/13/17

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-13734-RG
Francesco Ambrosio                                                        Chapter 13
Elise Ambrosio
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1            Date Rcvd: Jun 13, 2017
                               Form ID: ntchrgbk        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2017.
db/jdb       +Francesco Ambrosio,   Elise Ambrosio,   124 Bridge Street,   Roselle Park, NJ 07204-1418
aty          +Vincent Jesuele,   Kessler, DiGiovanni & Jesuele LLP,   773 Central Avenue,   PO Box 2429,
               Westfield, NJ 07091-2429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2017 at the address(es) listed below:
              Bruce H Levitt    on behalf of Joint Debtor Elise  Ambrosio blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com
              Bruce H Levitt    on behalf of Debtor Francesco  Ambrosio blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com
              Denise E. Carlon    on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 4