LEVITT & SLAFKES, P.C.
515 Valley Street – Suite 140
Maplewood, New Jersey 07040
Ph: (973) 313-1200
Email: blevitt@lsbankruptcylaw.com
ATTORNEYS FOR DEBTORS
BY: Bruce H. Levitt, Esq. (BL9302)

**Order Filed on August 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | : | |
|---|---|---|
| | : | CHAPTER 13 |
| | : | |
| FRANCESCO AMBROSIO and | : | Case No.: 16-13734 |
| ELISE AMBROSIO | : | |
| | : | |
| Debtors. | : | |
| _____ | : | |

**AMENDED ORDER APPROVING LOAN MODIFICATION**

The relief set forth on the following page is Ordered.

**DATED: August 15, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

This Court's Order entered on July 13, 2107 Approving Loan Modification is Amended as follows:

1. The loan modification between the Debtor and PNC Bank, National Association as attached to the moving application be and hereby is approved.

2. If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within ninety (90) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

3. If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within ninety (90) days of the date of this Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

4. Debtor shall file an amended Schedule J.