```
LEVITT & SLAFKES, P.C.
515 Valley Street – Suite 140
Maplewood, New Jersey 07040
Ph: (973) 313-1200
Email: blevitt@lsbankruptcylaw.com
ATTORNEYS FOR DEBTORS
BY: Bruce H. Levitt, Esq. (BL9302)
```

Order Filed on August 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF NEW JERSEY
     In re:                         :
                                    : CHAPTER 13
                                    :
     FRANCESCO AMBROSIO and         : Case No.: 16-13734
        ELISE AMBROSIO              :
                                    :
            Debtors.                :
     _____:
```

**AMENDED ORDER APPROVING LOAN MODIFICATION**

The relief set forth on the following page is Ordered.

**DATED: August 15, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

This Court's Order entered on July 13, 2107 Approving Loan Modification is Amended as follows:

1. The loan modification between the Debtor and PNC Bank, National Association as attached to the moving application be and hereby is approved.

2. If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within ninety (90) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

3. If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within ninety (90) days of the date of this Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

4. Debtor shall file an amended Schedule J.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-13734-RG
Francesco Ambrosio                                                                         Chapter 13
Elise Ambrosio
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 1              Date Rcvd: Aug 16, 2017
                              Form ID: pdf903            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2017.
db/jdb         +Francesco Ambrosio,   Elise Ambrosio,   124 Bridge Street,   Roselle Park, NJ 07204-1418
aty            +Vincent Jesuele,   Kessler, DiGiovanni & Jesuele LLP,   773 Central Avenue,   PO Box 2429,
                 Westfield, NJ 07091-2429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2017 at the address(es) listed below:
              Bruce H Levitt    on behalf of Joint Debtor Elise  Ambrosio blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com
              Bruce H Levitt    on behalf of Debtor Francesco  Ambrosio blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com
              Denise E. Carlon    on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 4