Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16−13734−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Francesco Ambrosio                          Elise Ambrosio
aka Frank Ambrosio                          124 Bridge Street
124 Bridge Street                           Roselle Park, NJ 07204
Roselle Park, NJ 07204

Social Security No.:
   xxx−xx−2260                              xxx−xx−4866

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

        NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella
on:

Date:        2/6/18
Time:         10:00 AM
Location:     Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ
07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

        The following applications for compensation have been filed:

APPLICANT(S)
Levitt & Slafkes, P.C.
Attorneys for Debtors

COMMISSION OR FEES
$2,920.00

EXPENSES
$12.31

Creditors may be heard before the applications are determined.

        In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for
compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the
scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: January 5, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-13734-RG
Francesco Ambrosio                                                      Chapter 13
Elise Ambrosio
        Debtors                        **CERTIFICATE OF NOTICE**

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Jan 05, 2018
                             Form ID: 137          Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2018.
db/jdb        +Francesco Ambrosio,   Elise Ambrosio,   124 Bridge Street,   Roselle Park, NJ 07204-1418
aty           +Vincent Jesuele,   Kessler, DiGiovanni & Jesuele LLP,   773 Central Avenue,   PO Box 2429,
                Westfield, NJ 07091-2429
516028790     +Aa Action Collection,   29 Columbia Tpke Ste 303,   Florham Park, NJ 07932-2240
516028791     +Action Physical Therapy,   413 King George Road,   Suite 205,   Basking Ridge, NJ 07920-2817
516028792     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,   15000 Capital One Dr,
               Richmond, VA 23238)
516135096      Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
516028797     +Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
516028798     +Guy D. Johnson,   50 Beechwood Road,   Lincroft, NJ 07738-1101
516028799     +KML Law Group, PC,   216 Haddon Avenue,   Suite 406,   Westmont, NJ 08108-2812
516028800     +Midatlantic Neonatology,   Att: Joseph A. Molinaro,   666 Godwin Avenue,
               Midland Park, NJ 07432-1449
516281434     +PNC Bank, National Association,   Attn: Bankruptcy Department,   3232 Newmark Drive,
               Miamisburg, OH 45342-5421
516028802     +Pnc Mortgage,   Po Box 8703,   Dayton, OH 45401-8703
516028803     +Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
516028806     ++STELLAR RECOVERY INC,   PO BOX 48370,   JACKSONVILLE FL 32247-8370
               (address filed with court: Stellar Recovery Inc,   1327 Hwy 2 W,   Kalispell, MT 59901)
516028807      Tax Collector,   1110 East Westfield Ave.,   Roselle Park, NJ 07204
516028808     +Timothy and Caroline Grandinetti,   Att: Richard J Kaplow,   53 Elm Street,
               Westfield, NJ 07090-2269
516073465     +Unifund CCR Partners,   Morgan, Bornstein & Morgan,   1236 Brace Rd., Ste. K,
               Cherry Hill, NJ 08034-3229
516028809      Unifund CCR Partners,   10625 Brace Road,   Suite K,   Cincinnati, OH 45242
516028805     +Unifund CCR Partners,   Sharinn & Lipshie, PC,   333 Earle Ovington Blvd.,   Suite 102,
               Uniondale, NY 11553-3616
516028810     +Union County Sheriff,   10 Elizabethtown Plaza,   Elizabeth, NJ 07202-3451
516028811     +Wells Fargo,   Corporate Offices,   420 Montgomery Street,   San Francisco, CA 94104-1207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 05 2018 23:03:03      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 05 2018 23:02:59      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516028793     +E-mail/Text: bankruptcy@credencerm.com Jan 05 2018 23:03:36      Credence Resource Mana,
               17000 Dallas Pkwy Ste 20,   Dallas, TX 75248-1940
516028794     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 05 2018 23:03:46      Credit Coll,
               Po Box 9134,   Needham, MA 02494-9134
516028795     +E-mail/PDF: creditonebknotifications@resurgent.com Jan 05 2018 23:00:31      Credit One Bank Na,
               Po Box 98875,   Las Vegas, NV 89193-8875
516028796     +E-mail/Text: bknotice@erccollections.com Jan 05 2018 23:03:05      Enhanced Recovery Co L,
               8014 Bayberry Rd,   Jacksonville, FL 32256-7412
516246095      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 05 2018 23:00:31
               LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
516028801     +E-mail/PDF: bankruptcy@ncfsi.com Jan 05 2018 23:00:30      New Century Financial,
               110 S. Jefferson Road,   Whippany, NJ 07981-1038
516028804     +E-mail/Text: bankruptcy@savit.com Jan 05 2018 23:03:49      Sa-Vit Collection Agen,
               46 W Ferris St,   East Brunswick, NJ 08816-2159
516299042     +E-mail/Text: g17768@att.com Jan 05 2018 23:02:35      c/o AT&T Services,,
               Inc Karen A. Cavagnaro-Lead Paralegal,   One AT&T Way, Room 3A104,   Bedminster NJ 07921-2693
                                                                                        TOTAL: 10

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2              User: admin            Page 2 of 2            Date Rcvd: Jan 05, 2018
                                 Form ID: 137            Total Noticed: 31
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
          Bruce H Levitt    on behalf of Joint Debtor Elise  Ambrosio blevitt@levittslafkes.com,
           sslafkes@levittslafkes.com;lspcattorneys@gmail.com
          Bruce H Levitt    on behalf of Debtor Francesco  Ambrosio blevitt@levittslafkes.com,
           sslafkes@levittslafkes.com;lspcattorneys@gmail.com
          Denise E. Carlon    on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
                                                                        TOTAL: 4
```