| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br>   FRANCESCO AMBROSIO<br>   ELISE AMBROSIO |



Order Filed on January 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  16-13734

Judge:  ROSEMARY GAMBARDELLA

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: January 22, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): FRANCESCO AMBROSIO
ELISE AMBROSIO

Case No.: 16-13734RG

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

ORDERED, that the claim of PNC MORTGAGE, Court Claim Number 5, be reduced to amount of $0 , the amount paid to date through the plan by the Standing Trustee.