UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on January 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   FRANCESCO AMBROSIO
   ELISE AMBROSIO

Case No.:  16-13734

Judge:  ROSEMARY GAMBARDELLA

**ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM**

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: January 22, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): FRANCESCO AMBROSIO
ELISE AMBROSIO

Case No.: 16-13734RG

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

ORDERED, that the claim of PNC MORTGAGE, Court Claim Number 5, be reduced to amount of $0, the amount paid to date through the plan by the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:
Francesco Ambrosio
Elise Ambrosio
    Debtors

Case No. 16-13734-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 23, 2018
                        Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2018.
db/jdb      +Francesco Ambrosio, Elise Ambrosio, 124 Bridge Street, Roselle Park, NJ 07204-1418
aty      +Vincent Jesuele, Kessler, DiGiovanni & Jesuele LLP, 773 Central Avenue, PO Box 2429, Westfield, NJ 07091-2429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2018 at the address(es) listed below:
       Bruce H Levitt    on behalf of Joint Debtor Elise Ambrosio blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com
       Bruce H Levitt    on behalf of Debtor Francesco Ambrosio blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com
       Denise E. Carlon    on behalf of Creditor PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Marie-Ann Greenberg    magecf@magtrustee.com
                                                                           TOTAL: 4