UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LEVITT & SLAFKES, P.C.
515 Valley Street, Suite 140
Maplewood, New Jersey 07040
Tel: (973) 313-1200
E-Mail: blevitt@lsbankruptcylaw.com
Attorneys for Debtors
By: Bruce H. Levitt (BL9302)

Order Filed on February 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

FRANCESCO AMBROSIO and ELISE AMBROSIO,

Debtors.

Case No.: 16-13734

Chapter: 13

Judge: RG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 9, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Levitt & Slafkes, P.C._____, the applicant, is allowed a fee of $ _____2,920.00_____ for services rendered and expenses in the amount of $_____12.31_____ for a total of $_____2,932.31_____ . The allowance is payable:

 ☒ through the Chapter 13 plan as an administrative priority.

 ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*