UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LEVITT & SLAFKES, P.C.
515 Valley Street, Suite 140
Maplewood, New Jersey 07040
Tel: (973) 313-1200
E-Mail: blevitt@lsbankruptcylaw.com
Attorneys for Debtors
By: Bruce H. Levitt (BL9302)

Order Filed on February 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

FRANCESCO AMBROSIO and ELISE AMBROSIO,

    Debtors.

Case No.:  16-13734

Chapter:  13

Judge:  RG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 9, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Levitt & Slafkes, P.C. _____, the applicant, is allowed a fee of $ _____ 2,920.00 _____ for services rendered and expenses in the amount of $ _____ 12.31 _____ for a total of $ _____ 2,932.31 _____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 16-13734-RG
Francesco Ambrosio                                                                      Chapter 13
Elise Ambrosio
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Feb 09, 2018
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2018.
db/jdb         +Francesco Ambrosio,   Elise Ambrosio,   124 Bridge Street,   Roselle Park, NJ 07204-1418
aty            +Vincent Jesuele,   Kessler, DiGiovanni & Jesuele LLP,   773 Central Avenue,   PO Box 2429,
                 Westfield, NJ 07091-2429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2018 at the address(es) listed below:
              Bruce H Levitt    on behalf of Joint Debtor Elise  Ambrosio blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com
              Bruce H Levitt    on behalf of Debtor Francesco  Ambrosio blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com
              Denise E. Carlon    on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 4