**LEVITT & SLAFKES, P.C.**
**515 Valley Street – Suite 140**
**Maplewood, New Jersey 07040**
**Ph: (973) 313-1200**
**Email: blevitt@lsbankruptcylaw.com**
**ATTORNEYS FOR DEBTORS**
**BY: Bruce H. Levitt, Esq. (BL9302)**

```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF NEW JERSEY
In re:                              :
                                    : CHAPTER 13
                                    :
FRANCESCO AMBROSIO and              : Case No.: 16-13734
   ELISE AMBROSIO                   :
                                    : OPPOSITION TO MOTION TO DISMISS
                                    :
         Debtor.                    :
_____     :
```

Debtors Francesco Ambrosio and Elise Ambrosio by way of opposition to the Trustee's motion to dismiss petition say as follows:

1. The worker's compensation case was settled for a payment of $7,500.00. There were no non-exempt funds available for turnover to the Trustee.

2. A notice of settlement and application to approve compensation to counsel are being prepared and will be filed with the court.

3. No personal injury action has been filed and none is anticipated.

4. Accordingly, the Trustee's motion should be dismissed.

                                    LEVITT & SLAFKES, P.C.
                                    Attorneys for Debtors

                                    By:/s/Bruce H. Levitt
                                        Bruce H. Levitt

Dated: June 12, 2019