**LEVITT & SLAFKES, P.C.**
515 Valley Street – Suite 140
Maplewood, New Jersey 07040
Ph: (973) 313-1200
Email: **blevitt@lsbankruptcylaw.com**
ATTORNEYS FOR DEBTORS
BY: Bruce H. Levitt, Esq. (BL9302)

Order Filed on August 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : |
| | : **CHAPTER 13** |
| | : |
| **FRANCESCO AMBROSIO and** | : **Case No.: 16-13734** |
| **ELISE AMBROSIO,** | : |
| | : Hearing Date: 8/7/2019 |
| | : |
| Debtor. | : |
| _____ | : |

**ORDER APPROVING SETTLEMENT OF CONTROVERSY AND
RETENTION OF COUNSEL NUNC PRO TUNC**

The relief set forth on the following page is Ordered.

**DATED: August 13, 2019**

/s/ Rosemary Gambardella
Honorable Rosemary Gambardella
United States Bankruptcy Judge

IT IS ORDERED, that the settlement of the worker's compensation claim against UPS in the amount of $7,500.00 is approved; and it is

FURTHER ORDERED, that the law firm of Christopher J. Pitts, P.C., now known as Pitts & Polizzi, LLP is hereby retained as special counsel to the Debtor nunc pro tunc to the date of its retention; and it is

FURTHER ORDERED, that the settlement proceeds are exempt; and it is

FURTHER ORDERED, that from the settlement proceeds, the fee due to the law firm of Christopher J. Pitts, LLC in the amount of $1,500.00 is approved and disbursements to treating physicians totaling $800.00 are also approved.