```
LEVITT & SLAFKES, P.C.
515 Valley Street – Suite 140
Maplewood, New Jersey 07040
Ph: (973) 313-1200
Email: blevitt@lsbankruptcylaw.com
ATTORNEYS FOR DEBTORS
BY: Bruce H. Levitt, Esq. (BL9302)
```

Order Filed on August 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF NEW JERSEY
   In re:                         :
                                  : CHAPTER 13
                                  :
   FRANCESCO AMBROSIO and         : Case No.: 16-13734
     ELISE AMBROSIO,              :
                                  : Hearing Date: 8/7/2019
                                  :
                                  :
            Debtor.               :
   _____:
```

**ORDER APPROVING SETTLEMENT OF CONTROVERSY AND
RETENTION OF COUNSEL NUNC PRO TUNC**

The relief set forth on the following page is Ordered.

**DATED: August 13, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

IT IS ORDERED, that the settlement of the worker's compensation claim against UPS in the amount of $7,500.00 is approved; and it is

FURTHER ORDERED, that the law firm of Christopher J. Pitts, P.C., now known as Pitts & Polizzi, LLP is hereby retained as special counsel to the Debtor nunc pro tunc to the date of its retention; and it is

FURTHER ORDERED, that the settlement proceeds are exempt; and it is

FURTHER ORDERED, that from the settlement proceeds, the fee due to the law firm of Christopher J. Pitts, LLC in the amount of $1,500.00 is approved and disbursements to treating physicians totaling $800.00 are also approved.

United States Bankruptcy Court
District of New Jersey

In re:  
Francesco Ambrosio  
Elise Ambrosio  
    Debtors

Case No. 16-13734-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 13, 2019  
                  Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2019.
```
db/jdb         +Francesco Ambrosio,    Elise Ambrosio,    124 Bridge Street,    Roselle Park, NJ 07204-1418
aty            +Vincent Jesuele,    Kessler, DiGiovanni & Jesuele LLP,    773 Central Avenue,    PO Box 2429,
                 Westfield, NJ 07091-2429
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2019 at the address(es) listed below:
```
              Bruce H Levitt    on behalf of Joint Debtor Elise  Ambrosio blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
               es@gmail.com
              Bruce H Levitt    on behalf of Debtor Francesco  Ambrosio blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
               es@gmail.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    PNC Bank, National Association
               rsolarz@kmllawgroup.com
                                                                                             TOTAL: 5
```