Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−13734−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Francesco Ambrosio | Elise Ambrosio |
| aka Frank Ambrosio | 124 Bridge Street |
| 124 Bridge Street | Roselle Park, NJ 07204 |
| Roselle Park, NJ 07204 | |

Social Security No.:
  xxx−xx−2260                            xxx−xx−4866

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on November 26, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 86 − 85
Order Granting Motion For Payment of Unclaimed Funds (Related Doc # 85). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/26/2019. (car)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 26, 2019
JAN: car

                                                              Jeanne Naughton
                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Francesco Ambrosio  
Elise Ambrosio  
    Debtors

Case No. 16-13734-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Nov 26, 2019  
                        Form ID: orderntc    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2019.  
db/jdb      +Francesco Ambrosio,   Elise Ambrosio,   124 Bridge Street,   Roselle Park, NJ 07204-1418  
aty        #+Vincent Jesuele,   Kessler, DiGiovanni & Jesuele LLP,   773 Central Avenue,   PO Box 2429,   Westfield, NJ 07091-2429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2019 at the address(es) listed below:

        Bruce H Levitt   on behalf of Joint Debtor Elise  Ambrosio blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com  
        Bruce H Levitt   on behalf of Debtor Francesco  Ambrosio blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com  
        Denise E. Carlon   on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Jason Brett Schwartz   on behalf of Creditor   Unifund CCR Partners jschwartz@mesterschwartz.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Rebecca Ann Solarz   on behalf of Creditor   PNC Bank, National Association rsolarz@kmllawgroup.com

                        TOTAL: 6