UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____
Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

**Order Filed on November 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**In Re:**

Francesco Ambrosio and Elise Ambrosio,

                             Debtors

CASE NO.:    16-13734-VFP
CHAPTER:    13
HEARING DATE:    November 20, 2019
Judge: Rosemary Gambardella

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following PAGE is hereby ORDERED.

**DATED: November 26, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

This matter having come before the Court by motion of <u>Unifund CCR Partners</u> requesting Payment of unclaimed funds in the amount of <u>$1,701.63</u> and the Court being fully appraised,

IT IS HEREBY ORDERED:

That the amount of   <u>$1,701.63</u>   is payable to:

Name:   <u>Dilks & Knopik, LLC</u>

Current Address:

<u>35308 SE Center Street</u>

<u>Snoqualmie, WA  98065-9216</u>

Rev. 4/25/12

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-13734-RG
Francesco Ambrosio                                                              Chapter 13
Elise Ambrosio
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1            Date Rcvd: Nov 26, 2019
                            Form ID: pdf903        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
db/jdb         +Francesco Ambrosio,   Elise Ambrosio,   124 Bridge Street,   Roselle Park, NJ 07204-1418
aty           #+Vincent Jesuele,   Kessler, DiGiovanni & Jesuele LLP,   773 Central Avenue,   PO Box 2429,
                 Westfield, NJ 07091-2429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:
              Bruce H Levitt    on behalf of Joint Debtor Elise  Ambrosio blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
               es@gmail.com
              Bruce H Levitt    on behalf of Debtor Francesco  Ambrosio blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
               es@gmail.com
              Denise E. Carlon    on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor   Unifund CCR Partners jschwartz@mesterschwartz.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   PNC Bank, National Association
               rsolarz@kmllawgroup.com
                                                                                             TOTAL: 6