Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−13734−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Francesco Ambrosio                                        Elise Ambrosio
   aka Frank Ambrosio                                    124 Bridge Street
   124 Bridge Street                                           Roselle Park, NJ 07204
   Roselle Park, NJ 07204

Social Security No.:
   xxx−xx−2260                                                   xxx−xx−4866

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 18, 2019</u>                <u>Rosemary Gambardella</u>
                                                  Judge, United States Bankruptcy Court